**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LARNDELL BRYANT, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-05-427 |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On August 14, 2006, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment, under 28 U.S.C. § 636(c). (Docket Entry #14). On September 20, 2006, the court entered a memorandum and order disposing of the issues in this case and remanding the case to the Commissioner for further proceedings. (Docket Entry #15). Therefore, it is

ORDERED that this case is DISMISSED, without prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 20th day of September, 2006.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**